R. M. W. GLENN, McCUTCHEN & SHUMATE and J. W. MADDOX, for plaintiff in error.

LUMPKIN & SHATTUCK, *contra.*

---

## RODGERS & WINN *v.* WYNNE.

It is not apparent from the record that the court committed any error in overruling the motion for a new trial.     *Judgment affirmed.*

April 9, 1894.  Argued at the last term.

Levy and claim.  Before Judge BUTT.  Talbot superior court.  March term, 1893.

JESSE J. BULL, for plaintiffs.

---

## GREEN *v.* SMITH.

The evidence warranted the verdict, and there was no error in denying a new trial.     *Judgment affirmed.*